UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO **04-20644** CR-GOLD

18 U.S.C. § 3146(a)(1)

MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA

vs.

CAESAR FRANCISCO,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about December 5, 2003, in Miami-Dade County, in the Southern District of Florida, the defendant,

CAESAR FRANCISCO,

having previously been charged in the case of <u>United States vs. Caesar Francisco</u>, Case No. 03-20367-CR-GOLD, with violations of Title 31, United States Code, Sections 5316(a)(1)(A), and 5332(a)(1), that is, evasion of currency reporting requirements and transportation of bulk currency, offenses punishable by imprisonment for a term of five years or more, and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CAESAR FRANCISCO,

               Defendant.
_____/

CASE NO. 04-20644-CR-GOLD

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

MAGISTRATE JUDGE
SIMONTON

**Court Division**: (Select One)

New Defendant(s)  Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

X   Miami     ___ Key West
___ FTL       ___ WPB       ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)       Yes
   List language and/or dialect       Spanish

4. This case will take    2    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   I    0 to 5 days         X          Petty      ___
   II   6 to 10 days        ___        Minor      ___
   III  11 to 20 days       ___        Misdem.    ___
   IV   21 to 60 days       ___        Felony     X
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 03-20367-CR-GOLD
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?    ___ Yes    X No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?    ___ Yes    X No
   If yes, was it pending in the Central Region?    ___ Yes    ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   X Yes    ___ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ___ Yes    X No

CRISTINA V. MAXWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bart No. 029361

*Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**04-20644**

Defendant's Name: **CAESAR FRANCISCO**

Case No: _____   **CR - GOLD**

Count #: 1

MAGISTRATE JUDGE
SIMONTON

18 U.S.C. § 3146(a)(1),

Failure to appear

\* Max.Penalty:   5 years' imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.

. States Code, did knowingly fail to appear before a Court as required by the conditions

release, in violation of Title 18, United States Code, Sections 3146(a)(1) and

.46(b)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
CRISTINA V. MAXWELL
ASSISTANT UNITED STATES ATTORNEY

2